UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.85.175.112,<br><br>　　　　　Defendant. | Case Number: 2:22-cv-02262-TLN-CKD<br><br>**ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS FIRST AMENDED COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE** |

THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service ("Request"), and the Court being duly advised in the premises does hereby:

ORDER:

1. Plaintiff's Request is GRANTED.

2. Plaintiff may file under seal: (1) an unredacted version of its First Amended Complaint; (2) an unredacted proposed summons; and, (3) after service is effectuated on

1

Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:22-cv-02262-TLN-CKD

1 | Defendant, an unredacted return of service under seal, with a redacted version to be filed on the
2 | public docket.
3 |     3.    The documents shall remain under seal until further order of the Court.
4 | Dated: March 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9 | 21,stri.2262

2

Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:22-cv-02262-TLN-CKD